

500 Post Rd East, #239, Westport, CT 06880
305 Broadway, 7th Floor, New York, NY 10007

PHONE (203) 227-2386  FAX (203) 285-3186

August 6, 2025

**BY ECF**
Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    RE:    *H.B. individually, H.B. on behalf of her child J.B, a minor, et. al. v. New York City Dep't of Educ.*, 25-cv-06288-MMG

Dear Judge Garnett:

I am the lead attorney for Plaintiffs H.B. and J.B. in the above-captioned action, in which Plaintiffs filed a Complaint on July 31, 2025, along with Attachment 1-2. On August 4, 2025, Plaintiffs refiled the Complaint, along with Attachment 4-1. The Defendant is represented by the New York City Department of Law and service will be made Thursday.

On August 3, 2025 after hours, I became aware that the "redacted IHO" opinion, had a page that should have been redacted. I contacted the court first thing August 4, 2025, and Attachments 1-2 and 4-1 were temporarily sealed.

Pursuant to ECF 21.7, I respectfully request Attachments 1-2 and 4-1 be permanently sealed and permission be granted to file a redacted exhibit, namely the IHO's Findings of Fact and Decision.

Because this matter has not been served, the DOE has not yet assigned an attorney to this matter. The DOE is being notified of this motion via email to ServiceECF@law.nyc.gov, the manner prescribed by the New York City Department of Law for service of process.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Piper Ann Paul
Attorney for Plaintiffs

cc: Law Office of Ellen Saideman, Attorney for Plaintiffs (by ECF)
    New York Law Department, Attorney for Defendant (by ECF)

GRANTED. The Court finds that sealing Dkt. Nos. 1-2 and 4-1 and refiling a redacted version of the document at issue is appropriate under the factors set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) to protect the privacy interests of a minor. *See Z.C. v. New York City Dep't of Educ.*, No. 23-CV-08399 (JHR) (VF), 2024 WL 4068799, at *1 (S.D.N.Y. Sept. 5, 2024). Plaintiff is directed to file a redacted version of Dkt. No. 4-1.

SO ORDERED. Dated August 7, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE